**MANDATE**

FILED
2003 NOV -4 A 11: 39

NHCT
02-cv-1650
Dorsey

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

DONALD A. FOSS, JR. :

VS. : DOCKET NO. 03-7484

WANDA BOOKER : OCTOBER 2, 2003

### STIPULATION TO WITHDRAW APPEAL

The parties stipulate that the captioned appeal is withdrawn with prejudice.

THE APPELLANT, DONALD A. FOSS, JR.

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

[Seal: UNITED STATES COURT OF APPEALS FILED OCT 1 6 2003 SECOND CIRCUIT]

THE APPELLEE, WANDA BOOKER

BY: Neil Parille
NEIL PARILLE (ct15278)
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
860/808-5450
Fax: 860/808-5593
E-Mail: Neil.Parille@po.state.ct.us
Her Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

SO ORDERED:
FOR THE COURT:
Roseann B MacKechnie, Clerk
By: _____  10-16-03
Deputy Clerk          (Date)

CERTIFIED: 10/17/03

NHCT
02-cv-1650
Dorsey

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

DONALD A. FOSS, JR.         :

VS.                         :           DOCKET NO. 03-7484

WANDA BOOKER               :           OCTOBER 2, 2003

### STIPULATION TO WITHDRAW APPEAL

The parties stipulate that the captioned appeal is withdrawn with prejudice.

THE APPELLANT, DONALD A. FOSS, JR.

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

THE APPELLEE, WANDA BOOKER

BY: Neil Parille
NEIL PARILLE (ct15278)
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
860/808-5450
Fax: 860/808-5593
E-Mail: Neil.Parille@po.state.ct.us
Her Attorney

SO ORDERED:
FOR THE COURT:
Roseann B MacKechnie, Clerk
BY: _____   10-16-03
Deputy Clerk          (Date)

THE MANDATE, CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER
RECEIVED BY:_____ DATE:_____

[STAMP: UNITED STATES COURT OF APPEALS FILED OCT 16 2003 SECOND CIRCUIT]